

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  | § |  |
| --- | --- | --- |
| MANUEL ALEJANDRO VALMANA, | § | No. 08-18-00084-CR |
| Appellant, | § | Appeal from the |
| v. | § | 210th District Court |
| THE STATE OF TEXAS, | § | of El Paso County, Texas |
| State. | § | (TC# 20170D04663 |
|  | § |  |

## O R D E R

The Court GRANTS the State's third motion for extension of time within which to file the brief until **September 11, 2019.** NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE STATE'S BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. Jaime Esparza, the State's attorney, prepare the State's brief and forward the same to this Court on or before September 11, 2019.

IT IS SO ORDERED this 29th day of July, 2019.

PER CURIAM

Before McClure, C.J., Rodriguez and Palafox, JJ.